AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| JoAnn Doyle<br><br>*Plaintiff(s)*<br>v.<br>CHW Group, Inc. d/b/a Choice Home Warranty<br><br>*Defendant(s)* | Civil Action No.  1:18-cv-5004 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CHW Group, Inc. d/b/a Choice Home Warranty
1090 King Georges Post Road
Building 10
Edison, NJ 08837

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shireen Hormozdi
SBN: 366987
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:   10/30/2018

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

**Attorney:**
Agruss Law Firm LLC
Jackie Laino
4809 N Ravenswood Avenue Suite 419
Chicago, IL 60640

United States District Court
for the Northern District of Georgia
Docket Number: 1:18-cv-5004

| | |
|---|---|
| JoAnn Doyle, | Plaintiff |
| vs. | |
| CHW Group Inc d/b/a Choice Home Warranty, | Defendant |

**Person to be Served** (Name & Address):
CHW Group Inc d/b/a Choice Home Warranty
1090 King Georges Post Road Building 10, Edison, NJ 08837

# AFFIDAVIT OF SERVICE

**Papers Served:**
Summons in a Civil Action, Plaintiff's Complaint, Civil Cover Sheet (Received Nov 1, 2018 at 4:35pm EDT)

### Service Data:

Served Successfully [X]   Not Served [ ]   Date: Mon, Nov 05 2018
Attempts: 1

[ ] Delivered a copy to him / her personally
[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)
[X] Left a copy with a person authorized to accept service, e.g., management agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship or title
**Steven Hassoun**
**Manager**

### Description of Person Accepting Service:

Sex: Male   Age: 30-40   Height: 5'6"   Weight: 170   Skin Color: Arab   Hair Color: Brown

### Unserved:

[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] No response on: Date: _____ Time: _____   Date: _____ Time: _____
[ ] Other: _____   Comments or Remarks _____

### Server Data:

Subscribed and Sworn to me this 6th day of November, 2018

Notary Signature
Mary T Powanda, Notary Public
My commission expires March 22, 2021

I, Jordan Rubin, was at the time of service a competent adult and not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Jordan Rubin, ACTION SUBPOENA, 29 Columbia Turnpike, Suite 302, Florham Park, NJ 07932, 973-845-2900 JOB #: 2782871